# United States District Court
# Eastern District of California
Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATE/CASE NO. 3:15-mj-0016 CMK |
| ) | |
| vs. ) | ORDER TO APPEAR |
| ) | |
| Jason Rollins ) | |
| ) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on October 26, 2016 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 9-27-16

_Christy J Pino_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison