1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_Allison@fd.org

5  Attorneys for Defendant
6  JASON ROLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  3:15-mj-0016-CMK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND EXCLUDE TIME |
| vs. | ) ) | |
| JASON ROLLINS, | ) ) | Date: November 30, 2016 Time: 2:00 p.m. |
| Defendant. | ) ) ) | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Phillip A. Tabert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, on behalf of Jason Rollins, that the arraignment scheduled for October 26, 2016 be vacated and be continued to November 30, 2016 at 2:00 p.m.

This continuance is necessary as the defense was only able to get in contact with Mr. Rollins Monday, October 24, 2016 and Mr. Rollins is scheduled to work Wednesday, October 26, 2016.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 30, 2016 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference                    -1-

DATED: October 25, 2016                Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/Linda Allison
                                           LINDA ALLISON
                                           Chief Assistant to the Federal Defender
                                           Attorneys for Defendant
                                           JASON ROLLINS

DATED: October 25, 2016                PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           /s/Justin Lee
                                           Justin Lee
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 26, 2016 arraignment is continued to November 30, 2016, at 2:00 p.m., before the duty magistrate judge for an arraignment.

Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 30, 2016 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  October 25, 2016

                                                                              KENDALL J. NEWMAN
                                                                              UNITED STATES MAGISTRATE JUDGE